NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE MILLTOWN-FORD AVENUE REDEVELOPMENT AGENCY,<br><br>Plaintiff,<br><br>v.<br><br>SB BUILDING ASSOCIATES, L.P., *et al.*,<br><br>Defendants. | Civil Action No. 19-21494 (RK) (RLS)<br><br>**MEMORANDUM ORDER** |

**KIRSCH, District Judge**

    **THIS MATTER** comes before the Court upon Plaintiff Milltown-Ford Avenue Redevelopment Agency's (the "Agency") motion for reconsideration, (ECF No. 192), seeking the Court to revisit its April 12, 2024 Order fixing the date of valuation for the subject Property of this condemnation proceeding as May 25, 2022, (ECF No. 187). Upon receiving briefing on the motion for reconsideration and after consultation with counsel, the Court issued an Order on August 6, 2024, notifying the parties that it may set the date of valuation as the first date of trial, September 4, 2024, (ECF No. 217), which was the valuation date originally requested by Defendants SB Building Associates, L.P., SB Milltown Industrial Realty Holdings, LLC, and Alsol Corp. (together "SB Building"), (ECF Nos. 182, 184). The Court instructed the parties to prepare their witnesses for trial accordingly.

    Subsequently, counsel for the Agency filed letters indicating agreement that the date of valuation should be the first date of trial, September 4, 2024, and withdrawing its motion for reconsideration subject to that valuation date. (ECF Nos. 221, 227.) Likewise, counsel for SB

Building filed a letter maintaining its position as to the appropriate date of valuation as set forth in its motion, (ECF No. 225), which was the first date of trial.

In light of the parties' agreement that the appropriate date of valuation is the first day of trial set in this matter, the Court will set the date of valuation for the Property as September 4, 2024. Therefore,

IT IS on this 21st day of August, 2024, **ORDERED** that:

1. The Court's April 12, 2024 Memorandum Order fixing the date of valuation for the Property as May 25, 2022, (ECF No. 187), is **VACATED**;

2. Pursuant to the parties' agreement, the date of valuation of the Property will be September 4, 2024, which is the first day of trial in this matter;

3. The Agency's Motion for Reconsideration, (ECF No. 192), is **DENIED** as moot;

4. The Clerk's Office is directed to **TERMINATE** the motion pending at docket entry 192.

ROBERT KIRSCH
UNITED STATES DISTRICT JUDGE